

**A**

Section 16

FILED

2024 APR 29  P 04:15

CIVIL

DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. **2024-**                                                    DIV:

### ARCS ALIGNED, LLC

### VERSUS

### COMBINED CAPITAL INVESTMENTS, LLC

FILED: _____          _____

**DEPUTY CLERK**

## PETITION TO QUIET TITLE BY ACQUISITIVE PRESCRIPTION AND FOR PARTITION

The petition of Arcs Aligned, LLC to quiet title by acquisitive prescription, and for

partition, avers as follows:

1.

Plaintiff Arcs Aligned, LLC (Arcs Aligned) is a Louisiana Corporation domiciled in the

Parish of Orleans, State of Louisiana.

2.

This is an action to quiet title by acquisitive prescription to the property located at 1815

2nd St., New Orleans, LA 70113.

3.

Made defendant is Combined Capital Investments, LLC (Combined Capital) a Louisiana

Limited Liability Company with its domicile in the State Louisiana.

4.

The subject property is more fully described as:

**A CERTAIN PIECE OR PORTION OF GROUND,** together with all the
buildings and improvements thereon, and all the rights ways, privileges,
servitudes, and appurtenances thereunto belonging or in anywise appertaining,
situated in the **FOURTH DISTRICT** of the City of New Orleans, Parish of
Orleans, State of Louisiana in **SQUARE NO. 262,** bounded by First, Second,
Dryades, and Barrone Streets, designated as **LOTS G, H, and I** on a sketch by
L.H. Pilie, Surveyor, dated February 19, 1873, annexed to act before M.T.
Ducros, Notary Public, dated February 27, 1873, and measures as follows:

Lot G measures 21 feet, 8 inches front on Second Street by a depth of 73 feet,

VERIFIED

Kasie Jiles

2024 APR 29  P 04:33



inches between equal and parallel lines and is bounded on the side nearest Baronne Street by Lot H, and on the side nearest Dryades Street by Alley No. 2, which is 20 feet wide, and in the rear by Alley No. 3 which is 5 feet wide which said alleys are common to said Lot G and others;

Lots H and I measure each 21 feet, 8 inches front on Second Street by a depth of 73 feet, 8 inches between equal and parallel lines with the same width in the rear fronting on said Alley No. 3.

According to Survey by Gilbert, Kelly & Couturie, Inc., dated June 22, 1978, a copy of which said survey is attached to Sale of Property recorded on July 26, 1978 at NA 295562 and COB 757, folio 137 said lots measure as hereinabove described and according thereto, Lot I is nearer to and begins at a distance of 65 feet, 3 inches from the corner of Baronne and Second Streets.
For informational purposes only:
The improvements thereon bear the Municipal No. 1815 2nd St., New Orleans, LA 70113.
The property is assessed under Bill No. 412201206.

### 5.

Combined Capital acquired or may have acquired an interest in the property as evidenced by a Quitclaim Deed dated December 9, 2023 and recorded on March 24, 2024 at NA 2024-11605 and CIN 740853 and Quitclaim Deed dated July 20, 2023, and recorded on March 24, 2024 at 2024-11606 and CIN 740854.

### The Redemption Period Terminated Without Redemption

### 6.

The redemption period terminated without being redeemed on February 4, 2013, three years after the date the tax sale was recorded, without redemption. La. Const. Art. 7, Sec. 25(B)(1).

### 7.

All redemption periods are peremptive. LRS 47:2241.

### 8.

Arcs Aligned has also paid all City of New Orleans taxes on the subject property.

-2-



2024-03859

Section 16

## Acquisitive Prescription

### 9.

The property is a thing susceptible of acquisition by prescription.

### 10.

A tax sale of the property to collect delinquent ad valorem taxes for tax years 2008 and

tax sale costs for the years 2009 took place beginning on December 2, 2009 in New Orleans,

Louisiana. The tax sale was conducted by Reginald E. Zeno, Director of Finance and ex-officio

Tax Collector for the City of New Orleans.

### 11.

Pursuant to La. R.S. 47: 2153(B)(6), the tax sale was conducted online at www.new

orleanstaxsale.com.

### 12.

Second Suite, LLC was the winning bidder and paid $984.93 for a 1% tax sale title

interest.

### 13.

A tax sale deed conveying tax sale title to a 1% interest in the property to Second Suite,

LLC was executed on January 29, 2010 and recorded on February 4, 2010 at NA 2010-05786 and

CIN 450062. Exhibit A (tax sale deed).

### 14.

Second Suite, LLC transferred its interest to Arcs Aligned, LLC by Quit Claim recorded

on August 17, 2022 at NA 2022-32798 and CIN 715696.

### 15.

The tax sale deed held by Arcs Aligned is "just title" to a 1% interest in the property.

### 16.

On February 5, 2010, Second Suites, LLC, Arcs Aligned's predecessor in title, took

corporeal possession of the property reasonably believing, in light of objective considerations,

that it was the owner of a 1% interest in the property.

-3-


FILED

2024 APR 29 P 04:15

CIVIL

DISTRICT COURT

**17.**

Second Suites, LLC and Arcs Aligned have maintained continuous, uninterrupted,

peaceable, public, and unequivocal possession since that date.

**18.**

Arcs Aligned is the owner a 1% interest in the property.

**Partition**

**19.**

Arcs Aligned is a co-owner and is unwilling to maintain ownership of the subject

property in indivision with defendant and desires a partition.

**20.**

The property is indivisible by nature and/or cannot conveniently be divided without a

diminution in its value. LCCP Art. 4606.

**21.**

It is necessary for the property to be sold judicially in order to effect the complete division

of the interests among the co-owners.

**22.**

Arcs Aligned is entitled to a partition as provided by law.

**23.**

As the purchaser at the partition sale, Arcs Aligned is entitled to a credit of 1% interest

against the purchase price and to have that share deducted from the purchase price prior to

payment. LCCP Art. 4614.

**24.**

As the current holder of a tax sale deed, Arcs Aligned is entitled to recognition and

satisfaction of its lien on the property from Combined Capital Investments, LLC's, portion of the

proceeds of the sale.

**25.**

If any co-owner fails to contest the partition, Arcs Aligned is entitled to have a reasonable

attorney's fee taxed as costs of court and paid from that parties portion of the proceeds of the sale.

FILED

2024 APR 29  P 04:15

CIVIL

DISTRICT COURT

LCCP Art. 4613.

**WHEREFORE**, Arcs Aligned, LLC prays that defendant, Combined Capital Investments, LLC, be duly served with a citation and petition and after due proceedings had, there be judgment herein in favor of plaintiff Arcs Aligned, LLC and against defendant:

1.  declaring that Arcs Aligned's tax sale deed is "just title."

2.  confirming and quieting plaintiff's title to a 1% undivided interest based on ten-years acquisitive prescription and declaring plaintiff the full owner of said interest.

3.  forever enjoining and prohibiting said defendants and any successors, heirs, or assigns from setting up or claiming any ownership, possessory, or other interest in the tax sale interest being confirmed and quieted.

4.  ordering a judicial partition as provided by law.

5.  Appointing Oliva K. Byers as the notary to make the partition in accordance with law.

6.  ordering that in the event that Arcs Aligned, LLC acquires the property at the partition sale, it be given a credit of 1% of the sales price representing its interest in the property and deducting that amount from the purchase price prior to payment.

7.  recognizing Arcs Aligned, LLC's tax sale certificate as a lien on the property for all amounts Arcs Aligned, LLC paid in taxes plus all penalties and interest provided by law and ordering that the lien be satisfied from Combined Capital Investments, LLC's, portion of the proceeds of the partition sale.

8.  With respect to the payments on taxes on the property made by Arc Aligned, LLC and/or its predecessor:

    a.  recognizing Arcs Aligned, Inc.'s tax sale deed as a lien on the property for all amounts paid in taxes plus all penalties and interest provided by law and ordering that the lien be satisfied from Combined Capital Investments, LLC's portion of the proceeds of the partition sale.

    b.  or alternatively, ordering that 99% of all payments on taxes on the property made by Arcs Aligned, Inc. shall be reimbursed from Combined Capital Investments, LLC's share of the partition proceeds.

9.  if no co-owner objects to the partition, taxing a reasonable attorney's fee as costs of court and ordering it to be paid to Arcs Aligned, LLC from Combined Capital Investments, LLC's, portion of the proceeds of the partition sale.

10. for all other costs and attorney's fees as allowed by law.

11.  ordering the notary to deposit any remaining partition sale proceeds into the registry of the court for the benefit of Combined Capital Investments, LLC, or as otherwise ordered by the court.

12.  awarding any and all legal and equitable relief to which plaintiff may be entitled, including reformation of the property description as set forth in the tax sale should any discrepancy between the tax sale deed and Defendants' acquisition deed(s) exist.

Respectfully submitted,

*louisiana*
TAX SALE LAWYERS ||| James E. Uschold, PLC

| James E. Uschold | No. 20023 |
| **Mark J Boudreau** | **No. 23658 (of counsel)** |
| Paul W. Pritchett | No. 36926 (of counsel) |

**JAMES E. USCHOLD, PLC**
*Louisiana Tax Sale Lawyers*
700 Camp Street – Suite 317
New Orleans, Louisiana 70130
www.taxsalelawyer.com
Phone: (504) 528-9500 | Fax: (504) 754-7654
JEU: (206) 755-0007 | jeu@taxsalelawyer.com
**MJB: (337) 255-3573| mjb@taxsalelawyer.com**
PWP: (602) 402-6264 | pwp@taxsalelawyer.com
**Service email (only): service@taxsalelawyer.com**

Counsel for Ares Aligned, LLC

**PLEASE SERVE:**

**COMBINED CAPITAL INVESTMENTS, LLC**
**PERSONAL SERVICE ONLY**
On its registered agent for service of process
11 Fortress Rd.
New Orleans, LA 70122

-6-

**FILED**

2024 APR 29  P 04:15

CIVIL

DISTRICT COURT

# TAX SALE DEED
### STATE OF LOUISIANA
### PARISH OF ORLEANS
### CITY OF NEW ORLEANS

**BE IT KNOWN** that this day, before me, the undersigned authority, a Notary Public in and for the said Parish, came and appeared Reginald E. Zeno, Finance Director and ex-officio Tax Collector for the City of New Orleans, Parish of Orleans, or his designated deputy, acting herein under and by virtue of the authority vested in him by the Louisiana Constitution and Laws of the State of Louisiana and the Ordinances of the City of New Orleans, who declared that he does by these presents sell, convey and deliver unto:

Second Suites, LLC

770 Claughton Island Drive, #1114, Miami, FL 33131, US

1% of an undivided interest in the following described property:

SQ 262 LOT G H I SECOND ST 21X73 EA = 4599 SQ FT

Tax Bill Number: 412201206

Assessed to:

REED OWEN H

8935 APRICOT STREET, NEW ORLEANS, LA 70118, US

All of the referenced property is situated in the Parish of Orleans. The amount of taxes, interest, penalties and cost due on said property for the tax years indicated below by said tax debtor is the following, corresponding with the above-referenced tax bill number:

| Period | Type | Delinquency Date | Tax or Lien | Interest | City Penalty | Collection Fee | Total |
|--------|------|------------------|-------------|----------|--------------|----------------|-------|
| 2008 | Real Estate | 2/1/2008 | $594.52 | $136.49 | $59.43 | $75.09 | $865.53 |
| 2009 | Tax Sale Costs | 11/1/2009 | $119.40 | $0.00 | $0.00 | $0.00 | $119.40 |

The said property having been assessed for Ad Valorem taxes for the year(s) noted above, and the taxes thereon, having become delinquent on the 1st day of February of the said year(s), I then mailed to REED OWEN H and other interested parties by certified mail a notice in conformity with the Laws of the State of Louisiana, and no one paid the amount of the taxes, interest, penalties and costs due. I caused to be advertised for sale at a public tax sale in the official journal for the Parish of Orleans, on November 21st and November 28th in the manner prescribed by law, with the sale to take place on the internet at www.neworleanstaxsale.com, commencing on the 2nd day of December, 2009, between the hours of 8:00 A.M. and 8:00 P.M. until its conclusion on the 3rd day of December, 2009.

On the day of the sale, after having first posted in a public place at the principal front door of the courthouse in which the Civil District Court of the Parish of Orleans is held and online, the advertisement announcing the description of the property, the amount of taxes, interest, penalty and cost due thereon, and the terms and conditions of the sale, and the debtor having failed to point out sufficient property, I, the tax collector, proceeded to offer for sale the least quantity of said property which any bidder would buy for the amount of the taxes, interest, penalty and cost due, and having received a bid for 1% of the whole, for cash without appraisement, in legal tender money of the United States, to pay and satisfy the delinquent taxes, interest, penalty, and cost, when at said offering the named purchaser bid the sum of $984.93 for the above described portion of the property and became the purchaser thereof for that price, subject to redemption as provided by law.

**THIS SALE SHALL BE REDEEMABLE FOR A PERIOD OF THREE (3) YEARS, OR FOR EIGHTEEN (18) MONTHS IF BLIGHTED OR ABANDONED, FROM THE FILING AND RECORDATION DATE OF THIS DEED IN THE PARISH CONVEYANCE OFFICE.**

Done and Passed in the Parish of Orleans in the presence of the following competent witnesses, and the undersigned, this 27 day of January, 2010.

WITNESSES:

_Kristen Roth_  Deputy/Authorized Agent

Printed Name: Kristen Roth    HILTON J Coulon

Printed Name: Damen Fraise

Notary Public

**LAWRENCE OLAKE JONES**
Notary Public #7495
My Commission is for Life.

NOTARIAL ARCHIVES OF ORLEANS PARISH
INS # 2010-07786
TYPE : TAXSALE DEED
TAXSALE FEE DT 02/04/10
$20.00 PG. 1

CNOTSD12094122012081-1

1 of 1



EXHIBIT
A

2024-03859

# A
## Section 16



NA #: 10-05786  INST. #: 450062
TYPE: TAX SALE

AMT: $38.00
DATE: 2/5/2010  9:17:25 AM
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

E-Filed

2024-03859



# NOTICE OF TAX SALE
### THIS IS AN IMPORTANT LEGAL NOTICE.
### PLEASE READ IT CAREFULLY.
### YOU WILL RECEIVE NO FURTHER NOTICE.

**Section 16**



**FILED**
2024 APR 29  P 04:15
CIVIL
DISTRICT COURT

Date of Notice: Date of service by process server

Combined Capital Investments, LLC

RE:  Property Address:      1815 2nd St., New Orleans, LA 70113
     Short Description:     SQ 262 LOT G H I SECOND ST
                            21X73 EA = 4599 SQ FT
     Parish:                Orleans
     State:                 Louisiana

Dear Sir/Madam:

**Tax sale title to the above-described property has been sold for failure to pay taxes.** You have been identified as an entity which may have an interest in this property.

Your interest in the property **will be terminated** if you do not file a proceeding to annul the tax sale in accordance with the law within sixty (60) days of the date of this notice.

**NOTE**: This notice does not extend other deadlines that may apply. It is possible any interest you may have had was previously terminated or may terminate in less than sixty (60) days.

Very truly yours,

Mark J Boudreau



**EXHIBIT
B**

Louisiana Tax Sale Lawyers | James E. Uschold, PLC | Tax Sale Advice and Litigation Specialists
700 Camp Street | Suite 317 | New Orleans, LA 70130 | 504-528-9500 | www.taxsalelawyer.com

E-Filed